FILED ENTERED
LODGED RECEIVED

JUL 27 2016

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAMES JOSEPH CONLIN,

Defendant.

NO. CR16-213 RSL

FELONY INFORMATION

The United States Attorney charges that:

**COUNT 1**
***(Wire Fraud)***

**A. The Scheme and Artifice to Defraud.**

1. Beginning at a date uncertain, but no later than May 2008, and continuing until on or about April 2013, in King County, within the Western District of Washington, and elsewhere, JAMES JOSEPH CONLIN devised a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

2. The object of the scheme and artifice to defraud was for JAMES JOSEPH CONLIN unlawfully to obtain money and funds, in the form of real estate proceeds, from R.M. by unilaterally facilitating and orchestrating the unauthorized sale of real property



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

belonging to R.M., without R.M.'s knowledge or consent, for the sole purpose of using said proceeds for his own personal and business expenses. In so doing, JAMES JOSEPH CONLIN misrepresented to buyers that he was acting on the victim's behalf.

**B. Manner and Means of the Scheme to Defraud.**

3. It was a part of the scheme and artifice that JAMES JOSEPH CONLIN obtained power of attorney from R.M.

4. It was further part of the scheme and artifice to defraud that JAMES JOSPEH CONLIN concealed from R.M. the fact that he had been disbarred in 2010 from practicing law in the State of Washington.

5. It was further part of the scheme and artifice to defraud that JAMES JOSEPH CONLIN executed the sale of two properties, one on August 3, 2009 and the other on December 15, 2011, for total value of approximately $379,500, and used the sale proceeds, totaling approximately $70,000.00, for personal expenses.

6. It was further part of the scheme and artifice to defraud that on or about November 18, 2011, JAMES JOSEPH CONLIN forged the signature on a Quit Claim Deed for the property located at 3216 South 208th Street, SeaTac, Washington.

7. It was further part of the scheme and artifice to defraud that on or about November 18, 2011, JAMES JOSEPH CONLIN forged the notary seal on the Quit Claim Deed for the property located at 3216 S 208th Street, SeaTac, Washington.

8. It was further part of the scheme and artifice to defraud that in or around April 2013, JAMES JOSEPH CONLIN forged the signatures and notary on Special Warranty Deed and the signature on Statutory Warranty Deed for the property located at 846 South Donovan Street, Seattle, Washington.

**C. Execution of the Scheme and Artifice to Defraud**

9. On or about the below listed date, in King County, within the Western District of Washington, and elsewhere, JAMES JOSEPH CONLIN, having devised the above-described scheme and artifice, and for the purpose of executing this scheme and artifice, did knowingly transmit and cause to be transmitted, in interstate commerce by



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

means of a wire communication, certain writings, signs, signals, pictures, and sounds, to wit:

| Count | Date | Interstate Wire & Content |
|---|---|---|
| 1 | December 20, 2011 | Electronic wire containing instructions to transfer $44,012.59 in proceeds from the unauthorized sale of R.M.'s property to Defendant's bank account, from Pinnacle Escrow located in Bellevue, Washington, to Banner Bank, after which the wire was routed through Fedwire servers located in Dallas, Texas and East Rutherford, New Jersey. |

All in violation of Title 18, United States Code, Sections 1343.

Dated this 26 day of July, 2016.

ANNETTE L. HAYES
United States Attorney

MIKE DION
Assistant United States Attorney

C. ANDREW COLASURDO
Assistant United States Attorney



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970